NOAH G. BLECHMAN (State Bar No. 197167)
Noah.Blechman@mcnamaralaw.com
SEAN R. VINCENT (State Bar No. 366769)
SVincent@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

Attorneys for Defendants
CITY OF WALNUT CREEK, JOSEPH COFFIN

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

QUYNH TRAN, an individual,

Plaintiff,

vs.

CITY OF WALNUT CREEK, a municipal corporation; JOSEPH COFFIN, individually and in his capacity as a Police Sergeant for CITY OF WALNUT CREEK, and DOES 1-50, inclusive, individually, jointly and severally,

Defendants.

Case No. C25-04680 CRB

**STIPULATION AND ~~[PROPOSED]~~ ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff QUYNH TRAN and Defendants CITY OF WALNUT CREEK and JOSEPH COFFIN (hereafter collectively the “parties”), by and through their counsel of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the Plaintiff’s Complaint (ECF 1), the operative complaint, so the entire action, against these Defendants, with prejudice. Each party agrees to bear its own fees and costs as to this dismissal.

The parties attest that concurrence in the filing of this document has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: November 2, 2026 **Burris Nisenbaum & Curry LLP**

/s/ James Cook, Esq.
James Cook, Esq.
John Burris, Esq.
Ben Nisenbaum Esq.,
Katherine MacElhiney Esq.

Dated: November 2, 2026 MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

By: /s/ Noah G. Blechman
Noah G. Blechman
Sean R. Vincent
Attorneys for Defendants
CITY OF WALNUT CREEK
JOSEPH COFFIN

McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP
ATTORNEYS AT LAW
3480 BUSKIRK AVENUE, SUITE 250, PLEASANT HILL, CA 94523
TELEPHONE: (925) 939-5330

**ORDER**

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses the Plaintiff's Complaint, namely this entire action, with prejudice, as to all claims alleged by Plaintiff, each party to bear its own fees and costs.

**IT IS SO ORDERED**

Dated: November 3, 2026

By: [signature]
Hon. Charles R. Breyer
UNITED STATES DISTRCT COURT JUDGE